**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6300**

———————

HENRY LEE,

Plaintiff - Appellant,

versus

WARDEN,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-02-4203-MJG)

———————

Submitted:  April 17, 2003         Decided:  April 24, 2003

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry Lee, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Lee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lee v. Warden, No. CA-02-4203-MJG (D. Md. filed Jan. 6, 2003 & entered Jan. 7, 2003). We deny Lee's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED